# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

LACAL LUCKY WILSON

NO. 2025 KW 1045

JANUARY 23, 2026

---

In Re:    Lacal Lucky Wilson, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 374567.

---

BEFORE:    McCLENDON, C.J., GREENE AND STROMBERG, JJ.

**WRIT DENIED.**

**HG**
**TPS**

**McClendon, C.J., concurs.** Any challenge to a previous conviction which is not made before sentence is imposed may not thereafter be raised to attack the sentence. See La. R.S. 15:529.1(D)(1)(b). Furthermore, inmates are not entitled to documents where their postconviction claims were time barred or not cognizable on collateral review. See **State ex rel. Brown v. State**, 2003-2568 (La. 3/26/04), 870 So.2d 976 (per curiam).

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT